UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

MARIA PASCUAL, on her own behalf
and others similarly situated,

05-81033

Plaintiff,

v.

PERSONNEL STAFFING GROUP, LLC d/b/a
BARNETT MANAGEMENT, a Florida Limited
Liability Corporation,

Defendant.
_____/

## COMPLAINT

1. Plaintiff, MARIA PASCUAL ("Plaintiff"), was an employee of Defendant, PERSONNEL STAFFING GROUP, LLC d/b/a BARNETT MANAGEMENT("BARNETT" or "Defendant"), a Florida Limited Liability Corporation, and brings this action for unpaid overtime compensation, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "FLSA"). Plaintiff was a laborer and performed related activities for Defendant in Palm Beach County, Florida.

2. Defendant, BARNETT, is a Florida Limited Liability Corporation that operates and conducts business in, among others, Palm Beach County, Florida, and is therefore, within the jurisdiction of this Court.

3. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs. This action is intended to include each and every laborer employed by Defendant at any at any time within the past three years.



4. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1337, and the FLSA.

5. At all material times relevant to this action, Defendant, BARNETT, was an enterprise engaged in interstate commerce as defined by § 3(r) and 3 (s) of the FLSA, 29 U.S.C. § 203(r) and 203 (s). Additionally, Plaintiff was individually engaged in interstate commerce during her employment with Defendant.

6. At all times relevant to this action, Defendant failed to comply with 29 U.S.C. § 201-209, because Plaintiff performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff for those hours worked in excess of forty (40) within a work week.

7. Plaintiff's employment with Defendant provided for compensation at an hourly wage, but Defendant failed to pay time and a half for all hours worked above forty (40) within a work week. Instead, Defendant paid Plaintiff straight time for some hours worked above forty (40) within a work week.

8. As a result of Defendant's actions described above, Plaintiff, and other similarly situated employees, were not paid time and one-half of their regular rate of pay for each hour worked in excess of forty (40) hours per work week during one or more work weeks.

9. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked, and amounts paid to, Plaintiff and other similarly situated employees, are in the possession and custody of Defendant.

**RECOVERY OF OVERTIME COMPENSATION**

10. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-9 above.

11. Plaintiff is entitled to be paid time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week. During her employment with Defendant, Plaintiff regularly worked overtime hours.

12. As a result of Defendant's intentional, willful, and unlawful acts in refusing to pay Plaintiff her regular rate of pay for each hour worked in excess of forty (40) in one or more work weeks, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

13. As a result of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

14. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, and all other similarly situated employees, demand judgment against Defendant, BARNETT, for the payment of all overtime hours at one and one-half the regular rate of pay for the hours worked by them for which Defendant did not properly compensate them, liquidated damages, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

DATED this 11th day of November 2005.

CELLER LEGAL GROUP
284 South University Drive
Fort Lauderdale, Fl. 33324
Tel: 954-318-0268
Fax: 954-333-3515
E-mail: Richard@cellerlegal.com

Richard Celler
FL Bar No.: 0173370

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

**05-81033**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**: Maria Pascual, on her own behalf and others similarly situated.

**DEFENDANTS**: Personnel Staffing Group, LLC d/b/a Barnett Management, a Florida Limited Liability Corporation.

**(b)** County of Residence of First Listed Plaintiff: Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number):
Celler Legal Group
284 South University Dr.
Ft. Lauderdale, FL 33324
(954) 318-0268    WPB 05

Attorneys (If Known):

**(d)** Check County Where Action Arose: ☐ DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury - Med. Malpractice | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury - Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 320 Assault, Libel & Slander | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 330 Federal Employers' Liability | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 340 Marine | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 345 Marine Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | **PERSONAL PROPERTY** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 350 Motor Vehicle | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 355 Motor Vehicle Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 360 Other Personal Injury | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 370 Other Fraud | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 371 Truth in Lending | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 380 Other Personal Property Damage | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 385 Property Damage Product Liability | **PRISONER PETITIONS** | | |
| ☐ 290 All Other Real Property | **CIVIL RIGHTS** | ☐ 510 Motions to Vacate Sentence | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 441 Voting | **Habeas Corpus:** | | |
| | ☐ 442 Employment | ☐ 530 General | | |
| | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | |
| | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | |
| | ☐ 445 Amer. w/Disabilities - Employment | ☐ 550 Civil Rights | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | | |
| | ☐ 440 Other Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**: (Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. § 216(b). Action for unpaid overtime wages
LENGTH OF TRIAL via 4 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT**: ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ unknown at this time    CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 11/11/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ 9306255
11/17/05